LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>PIERCE CONTRACTORS, INC<br><br>                Debtor | CASE NO.: 21-50915-SLJ<br><br>**NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO VALUE COLLATERAL OF SASSAN RAISSI, ET AL FOR THE PURPOSE OF MODIFYING LIEN ON 194 LANTZ DR., MORGAN HILL, CA**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date:    None Set<br>Time:   None Set<br>Court:  9 |

      TO Sassan Raissi, a sole individual, as to an undivided 600/1,429,000 interest; Jerry Kiachian, a married man as is sole and separate property, as to an undivided 629,500/1,429,000 interest; Mohsen Keyashian, a married man as his sole and separate property, as to an undivided 200,000/1,429,000 interest ("Lender" hereinafter), Edward Weber their attorney, Superior Loan Servicing, the U.S. Trustee and all Parties in Interest.

      Please take notice that Debtor Pierce Contractors, Inc. will and hereby does move the Court to

1

Notice of Opportunity for Hearing on Motion to Value Collateral of Sassan Raissi, a Sole Individual, as to an undivided, et al for The Purpose of Modifying Lien on 194 Lantz Dr., Morgan Hill, CA

value the collateral of Lender consisting of real property commonly known as at 194 Lantz Dr., Morgan Hill, CA [hereinafter "Property"] for the purpose of cramming its lien on the basis that the lien is partially under-secured.

This motion is based on this Notice of Opportunity for Hearing on Motion to Value Collateral of Sassan Raissi, et al for the Purpose of Modifying Lien on 194 Lantz Dr., Morgan Hill, CA, the Motion to Value Collateral of Sassan Raissi, et al for the Purpose of Modifying Lien on 194 Lantz Dr., Morgan Hill, CA, the Memorandum of Points and Authorities in Support of Motion to Value Collateral of Sassan Raissi, et al for the Purpose of Modifying Lien on 194 Lantz Dr., Morgan Hill, CA, the Declaration in Support of Motion to Value Collateral, on the papers, records, and other documents on file herein, and on such oral and documentary evidence as may be presented at the hearing of this motion.

This motion is brought pursuant to B.L.R. 9014-1(b)(3), Bankruptcy Rule 3012, and notice is pursuant to FRBP 7004(b).

(i) That Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made; or the tentative hearing date.

2
Notice of Opportunity for Hearing on Motion to Value Collateral of Sassan Raissi, a Sole Individual, as to an undivided, et al for The Purpose of Modifying Lien on 194 Lantz Dr., Morgan Hill, CA

Case: 21-50915   Doc# 10   Filed: 07/09/21   Entered: 07/09/21 17:18:58   Page 2 of 3

If you oppose the motion, you may file a written opposition and must request a hearing and serve a copy thereof on the following parties and entities:

| | |
|---|---|
| THE BANKRUPTCY COURT: | UNITED STATES BANKRUPCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 280 South First Street, 3rd Floor San Jose, CA 95113 |
| DEBTOR'S COUNSEL: | LARS T. FULLER, ESQ. THE FULLER LAW FIRM, P.C. 60 N. Keeble Avenue San Jose, CA 95126 |
| DEBTOR: | PIERCE CONTRACTORS, INC 194 Lantz Dr, Morgan Hill, CA 95037 |

Respectfully Submitted,

Dated: July 9, 2021

                THE FULLER LAW FIRM, P.C.

                By: *Lars T. Fuller*
                  LARS T. FULLER
                 Attorney for Debtor

3
Notice of Opportunity for Hearing on Motion to Value Collateral of Sassan Raissi, a Sole Individual, as to an undivided, et al for The Purpose of Modifying Lien on 194 Lantz Dr., Morgan Hill, CA

Case: 21-50915 Doc# 10 Filed: 07/09/21 Entered: 07/09/21 17:18:58 Page 3 of 3