LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC<br><br>Debtor | CASE NO. 21-50915-SLJ<br><br>CHAPTER 11<br>[Subchapter V]<br><br>**CORPORATE OWNERSHP STATEMENT**<br>[Fed. Rules Bkr. Proc. § 1007(a), 7007.1] |

COMES NOW Debtor and declares that no creditor on Schedules D, E/F, G or H nor any other entity owns directly or indirectly 10% or more of any class of Debtor's equity interest and hence there are no entities to report under Bankruptcy Rule 7007.1

DATED: 7-9-2021                THE FULLER LAW FIRM, P.C.


                        By:  /s/ *Lars T. Fuller*
                             LARS T. FULLER
                             Attorneys for Debtor

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:7-9-2021                PIERCE CONTRACTORS, INC

                         /s/ *Richard Pierce*
                        RICHARD PIERCE
                        CEO