Entered on Docket
July 12, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: July 12, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**PIERCE CONTRACTORS, INC.**,<br><br>Debtor(s). | Case No. 21-50915 SLJ<br><br>Chapter 11 (Subchapter V) |

### ORDER GRANTING MOTION TO SHORTEN TIME

On July 9, 2021, Debtor Pierce Contractors, Inc. filed a motion to impose the automatic stay in the above-captioned small business Chapter 11 case. ECF 5. The same day, Debtor also filed a motion to shorten time, which asked I set the hearing on the motion to impose the automatic stay for July 13, 2021 at 10:30 a.m. ECF 8. Debtor states shortened time is necessary to hear the motion before a pending foreclosure on Debtor's real property at 194 Lantz Drive, Morgan Hill California, which is currently set for July 19, 2021. Debtor contacted counsel for relevant creditors in its prior bankruptcy case, *see* Case No. 20-50182, who stated they did not oppose the motion to shorten time.

I conclude the motion satisfies Bankruptcy Local Rule 9006-1(c), and therefore grant it, but will not set the hearing for July 13, 2021. Instead, I will set the hearing on Debtor's motion to impose the automatic stay for **July 15, 2021** at **11:30 a.m.** Debtor shall serve

ORDER GRANTING MOTION TO SHORTEN TIME 1/3

notice of the hearing by the end of today, July 12, 2021. Any oppositions to Debtor's motion to impose the automatic stay shall be filed by **July 14, 2021**.

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients]