MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
280 South First Street, Suite 268
San Jose, CA 95113-3000
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: marta.villacorta@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.,<br><br>                Debtor. | Case No. 21-50915 SLJ<br><br>Chapter 11 |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

    Gina Klump
    30 5th Street, Suite 200
    Petaluma, CA 94952
    Phone: (707) 778-0111
    Email: gklump@klumplaw.net

Dated: July 12, 2021            TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE

                                          /s/ Marta E. Villacorta
                                          Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:   CASE NO. 21-50915 SLJ

PIERCE CONTRACTORS, INC.,   CHAPTER 11

Debtor(s)

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $450.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 7/12/2021   /s/ Gina R. Klump
   Gina R. Klump
   Subchapter V Trustee

1