LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTOR'S, INC.<br><br>Debtor | CASE NO. 21-50915-SLJ<br><br>**DECLARATION OF BRANDON PIERCE IN SUPPORT OF MOTION TO ENCUMBER REAL PROPERTY AND PLAN OF REORGANIZATION**<br><br>Chapter 11<br>[Subchapter V]<br><br>Date:   None Set<br>Time:   None Set<br>Court:  Telephone or Video Only*** |

I, Brandon Pierce declare and say:

1. Richard Pierce is the sole stockholder of Debtor. I am his son.

2. Debtor is the owner of real property at 194 Lantz Dr. Morgan Hill, CA ["Property" hereinafter]. Dad, my brother and I live there. We pay rent or assistance of $6,000/month between my brother and me.

3. We are aware that Debtor filed a Chapter 11 petition in an effort to save the Property. We want to assist Dad and the Debtor.

1
Declaration of Brandon Pierce in Support of Motion to Encumber Real Property and Plan of Reorganization

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

4. On February 27, 2017, my grandfather Nouri Hijazi was piloting his twin-engine Cessna 310, departing from Riverside Municipal Airport (RAL) to Norman Mineta International Airport in San Jose (SJC). The aircraft stalled upon takeoff at an altitude of about 1,500 feet. Mr. Hijazi was not able to recover from the stall. The aircraft crashed.

5. My grandfather and grandmother and another occupant lost their life almost instantly. My mother was pulled from the plan but died at the hospital.

6. My brother and I received a wrongful death recovery. The terms are confidential.

7. However, I have a bank account at Chase Bank which has a balance of approximately $745,000. A true and correct copy of my recent bank statement is attached hereto as Exhibit 1.

8. I am willing to contribute up to $450,000 towards a pay-down of the 1st loan to facilitate new private financing subject to approval of this Court (which will require an estimated amount of $350,000 - $375,000 from me and like amount from my brother) and the balance towards funding a plan.

9. These funds would be a gift but be contingent on court approval and confirmation of a feasible plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 12, 2021           /s/ Brandon Pierce
                               BRANDON PIERCE

# EXHIBIT 1



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 21, 2021 through June 18, 2021

Account Number: 08

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

BRANDON T PIERCE
194 LANTZ DR
MORGAN HILL CA 95037

## SAVINGS SUMMARY    Chase Premier Savings

| | AMOUNT |
|---|---|
| Beginning Balance | $755,588.26 |
| Deposits and Additions | 5.85 |
| Electronic Withdrawals | -10,000.00 |
| **Ending Balance** | **$745,594.11** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $5.85 |
| Interest Paid Year-to-Date | $20.04 |

You could earn an even higher interest rate on your Chase Premier Savings account if you link it to a qualifying checking account. Visit any of our branches for details or call us at the telephone number on your statement.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $755,588.26 |
| 05/24 | 05/24 Online Realtime Transfer To US Bank Checking 5027 Transaction#: 11838352583 Reference#: 1838352583Rx | -5,000.00 | 750,588.26 |
| 05/25 | 05/25 Online Realtime Transfer To US Bank Checking 5027 Transaction#: 11842343823 Reference#: 1842343823Rx | -5,000.00 | 745,588.26 |
| 06/18 | Interest Payment | 5.85 | 745,594.11 |
| | **Ending Balance** | | **$745,594.11** |

A monthly Service Fee was **not** charged to your Chase Premier Savings account. You can continue to avoid this fee during any statement period by keeping a minimum daily balance in your account of $15,000.00 or more.
(Your minimum daily balance was $745,588)

Case: 21-50915   Doc# 27   Filed: 07/13/21   Entered: 07/13/21 17:28:01   Page 4 of 5


May 21, 2021 through June 18, 2021

Account Number: 5008

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**