LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.<br><br>Debtor | CASE NO.: 21-50915-SLJ<br><br>**EX-PARTE APPLICATION TO SET PLAN REVIEW CONFERENCE**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date:　None set<br>Time:　None Set<br>Ctrm.:　Telephonic or Video Only*** |

Comes now Debtor Pierce Contractors, Inc. and respectfully requests that a plan review conference be set in the herein case.

1. Debtor filed the herein case on July 9, 2021.

2. A foreclosure sale has been set for July 19, 2021. A motion to impose the stay is set for July 15, 2021.

3. In a prior case creditors were disenchanted that the case was not expeditiously prosecuted.

1
Ex-parte Application to Set Plan Review Conference

4. In the herein case, pleadings were expeditiously filed. Already filed are:

Application to Employ The Fuller Law Firm, P.C.

Motion to value to cram 1st trust deed

Motion to value to strip two junior deeds of trust

Motion to incur debt;

Motion to impose stay;

Subchapter V Plan;

5. If the plan is consensual, creditors will enjoy substantial payment within two months of the Effective Date.

6. The UST is already familiar with this case from a prior filing filed by Mlnarik Law Offices.

7. The undersigned has conferred with the Subchapter V trustee to brief her of Debtor's intentions.

7. Subchapter V cases are meant to be expeditiously prosecuted. The San Jose Division, however, mandates a plan review conference such that the plan cannot be set for hearing until the plan has been reviewed.

WHEREFORE Debtor respectfully requests that the Plan be set for a plan review conference at the earliest available, convenient date.

DATED: July 14, 2021          THE FULLER LAW FIRM, PC

                              By: /s/ Lars T. Fuller_____
                                  LARS T. FULLER
                                  Attorney for Debtor

2
Ex-parte Application to Set Plan Review Conference
Case: 21-50915    Doc# 33    Filed: 07/14/21    Entered: 07/14/21 18:03:51    Page 2 of 2