LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.<br><br>Debtor | CASE NO.: 21-50915-SLJ<br><br>**ORDER SETTING PLAN REVIEW CONFERENCE**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date:<br>Time:<br>Ctrm.:   Telephonic or Video Only*** |

On the ex-parte application of Debtor for setting a plan review conference, good cause appearing,

IT IS ORDERED THAT a plan review conference shall be held on _____ ___, 2021 at __:___.

***END OF ORDER***

**Court Service List**

All electronic service.