

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

Not Signed: July 20, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

The court is not sure whether Debtor still wishes to pursue a chapter 11 plan given the outcome of the relief from stay motion and recently filed related case of individual. If Debtor remains interested, he should file a brief supplement to that effect and the court will set a hearing as requested.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.<br><br>Debtor | CASE NO.: 21-50915-SLJ<br><br>**ORDER SETTING PLAN REVIEW CONFERENCE**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date: September 2, 2021<br>Time: 10:00 a.m.<br>Ctrm.: 9 |

On the ex-parte application of Debtor for setting a plan review conference, good cause appearing,

IT IS ORDERED THAT a plan review conference shall be held on September 2, 2021 at 10:00 a.m.

***END OF ORDER***

**Court Service List**

All electronic service.