LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | CASE NO.: 21-50915-SLJ |
|---|---|
| PIERCE CONTRACTORS, INC.<br><br>Debtor | **RENEWED EX-PARTE APPLICATION TO SET PLAN REVIEW CONFERENCE**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date: None set<br>Time: None Set<br>Ctrm.: Telephonic or Video Only*** |

Comes now Debtor Pierce Contractors, Inc. and respectfully requests that a plan review conference be set in the herein case.

1. Debtor filed the herein case on July 9, 2021.

2. A motion to value the collateral of the 1st lienholder was filed on July 9, 2021.

3. A motion to value the 2nd and 3rd trust deed was file on July 9, 2021

4. A motion to Incur Debt was filed on July 13, 2021.

5. A plan was filed on July 13, 2021.

1
Renewed Ex-parte Application to Set Plan Review Conference

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

6. Though the Court denied Debtor's motion to impose stay, a new stay has been imposed by Debtor's individual filing.

7. Any prospects for retaining Debtor's property, absent stipulation, necessitate the expeditious prosecution of this case towards confirmation.

WHEREFORE Debtor renews its request for a plan review conference at the earliest available, convenient date.

DATED: July 21, 2021                    THE FULLER LAW FIRM, PC

                                            By: /s/ Lars T. Fuller
                                                LARS T. FULLER
                                                Attorney for Debtor