

The following constitutes the order of the Court.
Signed: July 22, 2021

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**PIERCE CONTRACTORS, INC.**,

Debtor(s).

Case No. 21-50915 SLJ

Chapter 11 (Subchapter V)

## ORDER SCHEDULING PLAN REVIEW CONFERENCE

On July 21, 2021, Debtor filed a motion to set a Plan Review Conference hearing, requesting I set a plan review conference for the earliest possible date to expedite the prosecution of the above-captioned Subchapter V Chapter 11 case. ECF 39. Debtor filed its plan previously on July 13, 2021. ECF 31.

I will grant the motion and set the Plan Review Conference for **September 2, 2021 at 10:00 a.m.**, the date of the status conference in this case. Below I also explain the purpose of the Plan Review Conference, who must attend, and the deadline for any opposition.

    A.    The purpose of the Plan Review Conference is to consider whether the form of the Plan complies with the Bankruptcy Code, to review and correct any typographical and/or mathematical errors, and to indicate revisions to increase the clarity of the Plan. I will also establish at the Plan Review Conference deadlines and dates for the Debtor to mail the

ORDER SCHEDULING PLAN REVIEW CONFERENCE      1/3

Plan and ballot forms, for parties in interest to vote and/or object to the Plan, for the Debtor to file and serve a confirmation memorandum and ballot tally declaration; and for me to conduct a hearing to consider confirmation of the Plan.

    B.    The Subchapter V Trustee must attend the Plan Review Conference.

    C.    Any Party who contends that the proposed Plan lacks any of the required information set forth in paragraphs 3 or 4 above or is otherwise deficient as to content shall file and serve on the Debtor and the Subchapter V Trustee a written statement of position not later than 7 days prior to the Plan Review Conference.

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients]