Edward T. Weber, #194963
Kristi M. Wells, #276865
**LAW OFFICES OF EDWARD T. WEBER**
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Fax: 714-459-7853
Email: ed@eweberlegal.com

Attorneys for Movant
SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHJAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 200,000/ 1,429,000 INTEREST

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>PIERCE CONTRACTORS, INC.,<br><br>Debtor. | Case No.: 21-50915-SLJ<br><br>*Chapter 11*<br>*[Subchapter V]*<br><br>**CREDITOR'S OPPOSITION TO MOTION TO VALUE COLLATERAL OF SASSAN RAISSI, ET AL FOR THE PURPOSE OF MODIFYING LIEN ON 194 LANTZ DRIVE., MORGAN HILL, CA AND REQUEST FOR HEARING**<br><br>Date: None Set<br>Time: None Set<br>Place: Judge Johnson |

TO DEBTOR, THE U.S. TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that CREDITOR, SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHJAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 200,000/1,429,000 INTEREST hereby opposes the Motion to Value Collateral filed by Debtor on July 9, 2021 as docket number 9 and request a hearing be set on the matter.

LAW OFFICES OF EDWARD T. WEBER

Dated: July 26, 2021   By: _____
Edward T. Weber, Esq.
Attorneys for Movant