LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.<br><br>Debtor | CASE No.: 21-50915-SLJ<br><br>**STATUS CONFERENCE STATEMENT**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date: Sept. 2, 2021<br>Time: 10:00 AM<br>Ctrm.: Telephonic or Video Only*** |

Comes now Pierce Contractors, Inc. as Debtor-in-possession in the above-referenced proceeding ("Debtor" hereinafter) and respectfully submits the herein status conference statement.

**Introductory Statement**

Debtor is a plumbing contractor. Business opportunities are abundant. However, Debtor's responsible individual has been struggling with a personal tragedy whereby his wife and relatives were killed in a plane crash. Hence, he is having difficulty focusing on his business. This case, and the related individual case, are forcing him to focus on the formalities of running a business.

1
Status Conference Statement

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

Debtor is the owner of real property at 194 Lantz Drive, Morgan Hill, CA ("Property" hereinafter). Debtor operates his business from the Property. Further Mr. Pierce individually and his sons live in the Property.

Every effort has been made to expedite this case towards confirmation. Within days of the commencement date, debtor filed the following:

Motion to impose stay

Motion to employ The Fuller Law Firm, P.C.

Motion to value collateral of 1st trust deed

Motion to value to avoid 2nd and 3rd trust deed

Motion in Incur debt

Ex-parte Application for expedited plan review conference.

**Status Conference Questions**

1. <u>Factors Leading to Bankruptcy</u>.

Debtor filed the herein case to stay the foreclosure sale of the Property.

2. <u>Schedule for Filing Plan</u>

A plan was filed on July 13, 2021, 4 days after the commencement of the case.

3. <u>Outline of Proposed Plan</u>

The plan contemplates paying the following creditors:

a. Pay the holder of the 1st trust deed the value of its collateral

b. Avoid the junior liens and treat these as general unsecured creditors.

c. Pay general unsecured creditors a dividend of 10% of their allowed claim.

Plan feasibility depends on the infusion of money from Debtor's sons as well as a refinance of the Property. Declarations from sons Bradley and Brandon are on record evidencing

their ability and willingness to infuse cash. There are ongoing negotiations by Farsad Law Offices, which represents Mr. Pierce individually, re a buyout of the 1st position Raissi note. Absent resolution, the motion to value will be set for hearing.

4. <u>Insurance</u>

Debtor has produced general liability insurance. Debtor has produced evidence of insurance of the Property.

5. <u>Retention of Professionals</u>

An application employing The Fuller Law Firm, P.C. was filed on the commencement date and a proposed order uploaded. The order was never entered or returned unsigned. It has been re-uploaded.

6. <u>Post-petition operations</u>

Debtor continues to operate the plumbing business.

7. <u>Litigation</u>

None

8. <u>Attendance at meeting of Creditors</u>

The IDI has been completed. The 341 has been concluded.

9. <u>MOR</u>

Debtor's first MOR is due tomorrow.

10. <u>Cash Collateral</u>

Debtor's sons reside at the Property and make monthly contributions to the household. There is no written agreement. It is unclear whether this constitutes cash collateral.

11. <u>Relief from Stay</u>

The Court denied Debtor's motion to impose stay. There is no stay in this case.

12. <u>Motions to Assume or Reject Executory Contracts</u>

None anticipated.

Respectfully submitted,

DATED: August 19, 2021          THE FULLER LAW FIRM, PC

                                By:  /s/ Lars T. Fuller
                                     LARS T. FULLER
                                     Attorney for Debtor