LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: August 20, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTOR'S, INC.<br><br>Debtor | CASE NO. 21-50915-SLJ<br><br>**ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY**<br><br>Chapter 11<br>[Subchapter V]<br><br>Date: None Set<br>Time: None Set<br>Court: Telephone or Video Only*** |

On Debtor Pierce Contractors, Inc. motion to encumber real property at 194 Lantz Drive, Morgan Hill, CA ("Property" hereinafter), no opposition having been filed, and good cause appearing,

IT IS ORDERED THAT that Debtor is authorized to encumber the Property with a new loan in favor of Yosemite Capital in the amount of $1,137,500, or such greater amount to which Yosemite Capital may agree, secured by a new first position trust deed payable in monthly interest only payments at 10% per annum due in 2 years, subject to extensions as offered by Yosemite Capital.

IT IS FURTHER ORDERED THAT the loan is conditioned on (1) confirmation of Debtor's Plan; (2) Debtor obtaining a final order avoiding the 2nd trust deed lien and third trust deed lien in favor of Richard W. Joyce and Yong Cha Joyce; (3) infusion of cash from David Pierce and Brandon Pierce in an amount sufficient, when combined with the new first loan in favor of Yosemite Capital, to pay any outstanding property taxes on the Property and to pay the note secured by the existing first trust deed in favor of Sassan Raissi, et al such amount as is ordered by the Court on Debtor's motion to value collateral or to which Sassan Raissi, et al may stipulate.

IT IS FURTHER ORDERED THAT Debtor is authorized to pay the costs associated with the loan as set forth in the motion, including 3.00 points.

**END OF ORDER**

**Court Service List**

All electronic service.