

Lars T. Fuller (No. 141270)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: August 20, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>PIERCE CONTRACTORS, INC<br><br>Debtor | CASE NO.: 21-50915-SLJ<br><br>**ORDER VALUING LIENS OF RICHARD W. JOYCE AND YONG CHA JOYCE ON 194 LANTZ DR., MORGAN HILL, CA**<br><br>CHAPTER 11<br>[Subchapter V]<br><br>Date: None Set<br>Time: None Set<br>Court: None Set |

On July 9, 2021, Debtor filed a Notice of Opportunity for Hearing on Motion to Value Collateral of Richard W. Joyce and Yong Cha Joyce ("Lienholders" hereinafter) as to their second and third position deeds of trust against the Property commonly known as 194 Lantz Dr., Morgan Hill, CA 95037, A.P.N. 712-04-100 ("Property"), which liens were recorded in Santa Clara County on May 24, 2021 as Document Nos. 24188237 and 24188238 (hereinafter the "Liens").

The court finds that notice of the motion upon Lienholders was proper. Lienholders having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. For purposes of Debtor's chapter 11 plan of reorganization only, the Liens are valued at $0. 00.
2. This order shall become part of Debtor's confirmed chapter 11 plan of reorganization.

***END OF ORDER***

**COURT SERVICE LIST**

All electronic service.