Gina R. Klump
30 5th Street, Suite 200
Petaluma, CA  94952
Telephone:  (707) 778-0111
Email:  gklump@klumplaw.net

Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re : | ) Case No.: 21-50915 SLJ |
| | ) Chapter 11 – Subchapter V |
| | ) |
| PIERCE CONTRACTORS, INC., | ) **TRUSTEES' STATEMENT OF POSITION RE:** |
| | ) **PLAN REVIEW CONFERENCE** |
| | ) |
| Debtor. | ) **DATE:    SEPTEMBER 2, 2021** |
| _____ | ) **TIME:    10:00 am** |
| | ) **Court:  Via Telephone or Video Only*** |
| | ) |

Gina R. Klump, Subchapter V Trustee ("Trustee") respectfully submits this Statement of Position Regarding the Debtor's Plan of Reorganization in advance of the Plan Review Conference as follows:

Administrative: This case was commenced July 9, 2021.  The Debtor has not filed its Monthly Operating Report for July 2021.  The report is necessary in order to adequately analyze the feasibility of the Debtor's proposed Plan.

Undisputed Claims Not Accounted for in Plan:

Without any additional information, it is unclear why the following undisputed priority claims were not accounted for in the Plan.

Claim No. 5 -  Franchise Tax Board, Priority in the amount of $3,457.14; General Unsecured:  $1,643.18;

Additionally, Article 1 indicates there are zero classes of priority claims. An amended plan should be filed to account for this priority claim.

Claim No. 3 – Acar Leasing, in the amount of $3,763.17, the debtor has not indicated an intent to assume or reject this lease.

Article 4 Classes 2 and 3 indicate they are "unimpaired" by the Plan, however they appear to be impaired since they are to be treated as unsecured claims and the liens are to be stripped.

Pages 2 – 6 of the Plan list an incorrect Debtor name and case number.

The Trustee has no objections per se to the Plan, however, wishes to offer the above comments regarding the Plan as presently filed.

Respectfully submitted,

Dated: August 26, 2021        /s/ Gina R. Klump
                                            Gina R. Klump
                                            Subchapter V Trustee

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 30 5TH Street, Suite 200, Petaluma, California, 94952. On August 26, 2021, I caused to be served true and correct copies of the following documents:

**TRUSTEE'S STATEMENT OF POSITION RE: PLAN REVIEW CONFERENCE**

by causing said copies to be placed in the United States Mail at Petaluma, California on the date shown below, in sealed envelopes with first-class postage prepaid, sent via **United States Mail**, addressed to the person(s) below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I have personal knowledge of the foregoing and if called as a witness, I could and would so testify. Executed at Petaluma, California on August 26, 2021.

/s/ Gina R. Klump
**Gina R. Klump**

**Debtor's Attorney:**
**Lars Fuller**
**Fuller Law Firm, PC**
**60 N. Keeble Ave.**
**San Jose, CA 95125**

**Debtor:**

**Pierce Contractors, Inc.**
**194 Lantz Drive**
**Morgan Hill, CA 95037**