

The following constitutes the order of the Court.
Signed: September 2, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**PIERCE CONTRACTORS, INC.,**<br><br>Debtor. | Case No. 21-50915 SLJ<br><br>Chapter 11 (Subchapter V) |

### ORDER AFTER PLAN REVIEW CONFERENCE

On September 2, 2021, I held a plan review conference in this Subchapter V case (the "Case"). The appearances of counsel and parties are reflected on the record. At that conference I sustained the Subchapter V Trustee's objections and provided additional comments on the terms of the plan. Given the status of the proceedings, I conclude Debtor cannot proceed with the plan at present. Accordingly, the matter is dropped from the calendar. When Debtor is ready to proceed with this case, it should review the outcome of this hearing and make appropriate adjustments to the plan's terms to address the concerns discussed on the record.

Accordingly, it is hereby ordered that the plan review conference in this case be dropped from the calendar. This is without prejudice to Debtor filing an amended plan and applying for a new plan review conference date.

IT IS SO ORDERED.

*** END OF ORDER ***

ORDER AFTER PLAN REVIEW CONFERENCE 1/2

**COURT SERVICE LIST**

[ECF recipients only]

ORDER AFTER PLAN REVIEW CONFERENCE 2/2