LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor
Pierce Contractors, Inc

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.<br><br>Debtor | Case No. 21-50915-SLJ<br><br>CHAPTER 11 [Subchapter V] |
| In re<br><br>RICHARD ALAN PIERCE<br><br>Debtor | Case No. 21-50957-SLJ<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING ON MOTION FOR JOINT ADMINISTRATION**<br><br>Date: Oct. 5, 2021<br>Time: 2:00 PM<br>Courtroom: Telephonic or Video Only*** |

TO: THE UNITED STATES TRUSTEE, GINA KLUMP, SUBCHAPTER V TRUSTEE, FARSAD LAW OFFICES AND ALL CREDITORS:

PLEASE TAKE NOTICE that a hearing on Debtor's Motion for Joint Administration will be held on Oct. 5, 2021 at 2:00 PM or as soon thereafter as it may be heard before the Honorable Stephen L. Johnson, Bankruptcy Judge. This motion is brought pursuant to Bankruptcy Rule 1015 and B.L.R. 9014-1(b)(2).

1
Notice of Hearing on Motion for Joint Administration

This motion is based on this Notice, the Motion for Joint Administration, the Memorandum of Points and Authorities in Support of Motion for Joint Administration and the Declaration of Debtor in Support of Motion for Joint Administration.

If you oppose the motion, you should file an opposition and must appear at the hearing.

**Furthermore, please take NOTICE that the hearing shall be held telephonically or by Zoom, in the Judge's discretion. No hearings will be conducted in person. All attendees must appear remotely.**

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. Instructions for appearing can be found on each individual judge's calendar page on the Bankruptcy Court's website: https://www.canb.uscourts.gov/calendars/judges. There is no cost to these services. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you oppose the motion, you must file a written opposition at least 7 days before the actual scheduled hearing date and serve a copy thereof on the following parties and entities:

THE BANKRUPTCY COURT:   UNITED STATES BANKRUPCY COURT
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        280 South First Street, 3rd Floor
                        San Jose, CA 95113

DEBTOR'S COUNSEL:       LARS T. FULLER, ESQ.
                        THE FULLER LAW FIRM, P.C.
                        60 N. Keeble Avenue
                        San Jose, CA 95126

| | |
|---|---|
| DEBTOR: | PIERCE CONTRACTORS, INC.<br>194 Lantz Drive<br>Morgan Hill, CA 95037 |
| Dated Sept. 3, 2021 | THE FULLER LAW FIRM, P.C.<br><br>By: /s/ *Lars T. Fuller*<br>LARS T. FULLER<br>Attorney for Debtor Pierce Contractors, Inc. |