LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

PIERCE CONTRACTORS, INC

              Debtor

CASE NO.: 21-50915-SLJ

**NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL OF SASSAN RAISSI, ET AL FOR THE PURPOSE OF MODIFYING LIEN ON 194 LANTZ DR., MORGAN HILL, CA**

CHAPTER 11
(Subchapter V)

Date:    Nov. 2, 2021
Time:   2:00 PM
Court:  Telephone or Video Conference**

     TO Sassan Raissi, a sole individual, as to an undivided 600/1,429,000 interest; Jerry Kiachian, a married man as is sole and separate property, as to an undivided 629,500/1,429,000 interest; Mohsen Keyashian, a married man as his sole and separate property, as to an undivided 200,000/1,429,000 interest ("Lender" hereinafter), Edward Weber their attorney, Superior Loan Servicing, and the U.S. Trustee.

     Please take notice that Debtor Pierce Contractors, Inc. will and hereby does move the Court to set a trial date to value the collateral of Lender consisting of real property commonly known as at 194

1

Notice of Hearing on Motion to Value Collateral of Sassan Raissi, a Sole Individual, as to an undivided, et al for The Purpose of Modifying Lien on 194 Lantz Dr., Morgan Hill, CA

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

Lantz Dr., Morgan Hill, CA [hereinafter "Property"] for the purpose of cramming its lien on the basis that the lien is partially under-secured. The matter will be heard on Nov. 2, 2021 at 2:00 PM.

Debtor filed a motion to value on July 9, 2021. Lender timely opposed by filing an opposition on July 26, 2021 and requesting a hearing.

**Furthermore, please take NOTICE that the hearing shall be held telephonically or by Zoom, in the Judge's discretion. No hearings will be conducted in person. All attendees must appear remotely.**

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. Instructions for appearing can be found on each individual judge's calendar page on the Bankruptcy Court's website: https://www.canb.uscourts.gov/calendars/judges. There is no cost to these services. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

This motion is not intended to be an evidentiary hearing but rather a trial setting conference.

Dated: Oct. 5, 2021

                                      THE FULLER LAW FIRM, P.C.

                                      By: *Lars T. Fuller*
                                          LARS T. FULLER
                                          Attorney for Debtor