LARS T. FULLER (No. 141270)
SAM TAHERIAN (170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595
Fax: (408)295-9852

Former Attorney for Debtor Pierce Contractors, Inc.

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                          )
                                                )
PIERCE CONTRACTORS, INC.                        )   Case No.: 21-50915-SLJ
                                                )
            Debtor                              )
                                                )   CHAPTER 11 [Subchapter V]
                                                )
                                                )
                                                )   **DECLARATION OF ATTORNEY IN**
                                                )   **SUPPORT OF THE FULLER LAW FIRM,**
                                                )   **P.C.'S FINAL APPLICATION FOR**
                                                )   **COMPENSATION**
                                                )
                                                )   Date: Jan. 11, 2022
                                                )   Time: 1:30 PM
                                                )   Court: Telephonic or Video Only

_____

        I, Lars T. Fuller, declare and say:

        1.      I am an attorney at law licensed to practice before this Court and a principal of

The Fuller Law Firm, P.C. attorneys for Debtor herein.

Case: 21-50915   Doc# 78   Filed: 12/15/21   Entered: 12/15/21 17:35:26   Page 1 of 10

2.    Pursuant to the application for employment approved by this Court by order entered on Aug. 20, 2021, The Fuller Law Firm, P.C. has agreed to represent Debtor at the following rates[1]:

| | |
|---|---|
| Lars T. Fuller | $505.00 |
| Sam Taherian | $485.00 |

3.    Attached as Exhibit 1 is an accounting of all time expended and costs incurred on this case pre-petition.

4.    Attached as Exhibit 2 is an accounting of all time expended on this case categorized by project.  Nothing was charged for the preparation of this application for compensation.

5.    Reimbursement of all costs incurred are waived.

6.    Attached as Exhibit 3 is a letter sent to the debtor accompanying this final application for compensation.

7.    The Fuller Law Firm, P.C. has not shared compensation with anyone.

8.    I am the Certifying Professional.  I have drafted the Application for Compensation and read it.  To the best of my knowledge, information and belief, formed after reasonable inquiry, except as noted in the Application for Compensation, the compensation and reimbursement sought is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees and the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by The Fuller Law Firm, P.C. and generally accepted by its clients.

---

[1] Joyce Lau, an attorney in the firm was also approved but did not work on the case.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: Dec. 15, 2021

THE FULLER LAW FIRM, P.C.

By: _Lars T. Fuller_
Lars T. Fuller
Attorney for Debtor

# EXHIBIT 1

| Item | Date | Description | Time Spent (hrs) | Time Billed (hrs.) | Rate | Total | Billed By |
|---|---|---|---|---|---|---|---|
| Incur Debt | 7/8/2021 | Drafted Motion Incur Debt | 1.2 | 1.2 | 505 | 606 | LF |
| Main Case | 7/8/2021 | Client office meeting to review bank statements, pet. sched | 0.5 | 0.5 | 505 | 252.5 | LF |
| Main Case | 7/8/2021 | Prepared petition and schedules | 2.7 | 2.7 | 505 | 1363.5 | LF |
| Motion Impose Stay | 7/8/2021 | TC to client to get details re dec in support, drafted dec in support for client to sign. | 0.9 | 0.9 | 485 | 436.5 | ST |
| Motion Impose Stay | 7/8/2021 | Finished drafting motion and MPA. Notice will NOT be drafted, will ask for shortening of time. | 1.1 | 1.1 | 485 | 533.5 | ST |
| Main Case | 7/8/2021 | 3 calls to client re clarifying bank statements; reminding him to pay all employees current today; and new DIP account | 0.3 | 0.3 | 505 | 151.5 | LF |
| Motion Impose Stay | 7/7/2021 | Draft declaration of counsel in support of motion, emailed to state court counsel to review and sign. | 1.9 | 1.9 | 485 | 921.5 | ST |
| Motion Impose Stay | 7/7/2021 | Began work on drafting Motion and MPA in supp of motion | 2.5 | 1.9 | 485 | 921.5 | ST |
| Motion Impose Stay | 7/7/2021 | Review Santa Clara County Sup Court file online, downloaded and reviewed documents to use as exhibit to Dec of counsel, downloaded and reviewed NTSB accident report.  Reviewed San Mateo County Sup Ct documents sent by state court counsel. Reviewed Central Dist of CA Federal court docs sent by counsel. Selected documents to use as Exhibit to dec of counsel. | 2.9 | 2.9 | 485 | 1406.5 | ST |
| Motion Impose Stay | 7/7/2021 | 3 TCs with state court counsel to get detailed facts of plane crash, subsequent litigation, and issues with Hijazi trust | 1.2 | 1.2 | 485 | 582 | ST |
| Main Case | 7/7/2021 | Continued work on petition and schedules | 1.5 | 1.5 | 505 | 757.5 | LF |
| Main Case | 7/7/2021 | Tel to client re missing documents | | 0.1 | 505 | 50.5 | LF |
| Employment Application | 7/7/2021 | Drafted Application to Employ TFLF | 1.1 | 1.1 | 505 | 555.5 | LF |
| Employment Application | 7/7/2021 | Drafted Declaration in Support of Employment of TFLF | 0.8 | 0.8 | 505 | 404 | LF |
| Plan | 7/7/2021 | Continued drafting of Plan | 3.2 | 3.2 | 505 | 1616 | LF |
| Main Case | 7/7/2021 | Client office consultation to review all documents; read contents to client and obtained signature | 1.8 | 1.8 | 505 | 909 | LF |
| Main Case | 7/7/2021 | Drafted Declaration in Support of 1161 docs | | 0.6 | 505 | 303 | LF |
| Motion to Value | 7/6/2021 | Motion to cram | 1.8 | 1.8 | 505 | 909 | LF |
| Motion to Value | 7/6/2021 | Drafted Declaration in support of Motion to Value; located and extracted exhibits | 1.4 | 1.4 | 505 | 707 | LF |
| Motion to strip | 7/6/2021 | Drafted Motion to strip 2nd and 3rd | 1.3 | 1.3 | 505 | 656.5 | LF |
| Motion to strip | 7/6/2021 | Drafted Dec in support of Motion to strip and sorted and extracted exhibits | 0.9 | 0.9 | 505 | 454.5 | LF |
| Main Case | 7/6/2021 | Drafted Application Designating, Dec in Support and Order Designating Responsible Individual | 2 | 0.8 | 505 | 404 | LF |
| Incur Debt | 7/6/2021 | Drafted Declaration in Support of Motion to Incur debt | 1.1 | 1.1 | 505 | 555.5 | LF |
| Plan | 7/6/2021 | Prepared liquidation analysis for plan | 1 | 0.8 | 505 | 404 | LF |
| Main Case | 7/6/2021 | Two calls with client to clarify info on schedules | 0.2 | 0.2 | 485 | 97 | ST |
| Motion Impose Stay | 7/6/2021 | Review of previous case file, OSC and dismissal, TC to client to go over facts of previous case. | 1.2 | 1.2 | 485 | 582 | ST |
| Plan | 7/6/2021 | Prepared Plan Feasibility spreadsheet | 1 | 1 | 505 | 505 | LF |
| Plan | 7/5/2021 | Started Drafting Plan | 2.2 | 2.2 | 505 | 1111 | LF |
| Main Case | 7/2/2021 | Reviewed prior case docket, status conference statement by prior counsel, prior plan by prior counsel | 2.3 | 1.3 | 505 | 656.5 | LF |
| Main Case | 7/2/2021 | Tel to client.; LM that I need P&L, balance sheet, tax returns, mileage for all vehicles | 0.1 | 0.1 | 505 | 50.5 | LF |
| Main Case | 7/2/2021 | Client called back. Has no tax returns. Ford Fusion sold to son after lease surrender; Camaor surrendered at expiration of lease Ford is a Crew Cab :imited with 85K miles; owes 40K va; 48K per dealer | 0.3 | 0.3 | 505 | 151.5 | LF |
| Main Case | 7/2/2021 | Started drafting petition and schedules | 2.4 | 1.4 | 505 | 707 | LF |
| | | | 39.30 | | | 19721.5 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Filing fee | | | | | | 1738 | |
| TOT | | | | | | 21459.5 | |
| PACER fees | | | | | | 19 | |
| TOT | | | | | | 21478.5 | 21478 |

EXH 1

# EXHIBIT 2

| Item | Date | Description | hrs. | Rate | Total | Billed By | Subtotal (hrs) | Subtotal (A |
|------|------|-------------|------|------|-------|-----------|----------------|-------------|
| 341 Meeting | 8/3/2021 | Appeared at 341; client debriefing | 0.7 | 505 | 353.5 | LF | | |
| | | | | | | | 0.7 | 353.5 |
| Case Management | 11/4/2021 | Appeared at Status Conference | 0.5 | 505 | 252.5 | LF | | |
| Case Management | 10/28/2021 | Drafted Status Conference Statement | 0.5 | 505 | 252.5 | LF | | |
| Case Management | 8/26/2021 | Attention to Richard and Yong Cha Joyce's pre-hearing statement | 0.1 | 505 | 50.5 | LF | | |
| Case Management | 8/19/2021 | Drafted Status Conference Statement | 1.1 | 505 | 555.5 | LF | | |
| | | | | | | | 2.2 | 1111 |
| Claims | 7/14/2021 | Reviewed Joyce's proofs of claim 1 and 2 | 0.2 | 505 | 101 | LF | | |
| Claims | 7/17/2021 | Attention to Acar Leasing POC | 0.1 | 505 | 50.5 | LF | | |
| Claims | 7/23/2021 | Attention to UST POC | 0.1 | 505 | 50.5 | LF | | |
| Claims | 8/17/2021 | Attention to FTB POC | 0.1 | 505 | 50.5 | LF | | |
| Claims | 8/24/2021 | Attention to FMC POC | 0.1 | 505 | 50.5 | LF | | |
| Claims | 9/24/2021 | Attention to County of Santa Clara POC | 0.1 | 505 | 50.5 | LF | | |
| Claims | 10/19/2021 | Attention to Raissi POC | 0.1 | 505 | 50.5 | LF | | |
| | | | | | | | 0.8 | 404 |
| Employ App | 7/9/2021 | Final Review of App to Employ and Dec drafted pre-pet | 0.1 | 505 | 50.5 | LF | | |
| Employ App | 7/9/2021 | Drafted Order Employing TFLF | 0.1 | 505 | 50.5 | LF | | |
| | | | | | | | 0.2 | 101 |
| IDI | 8/19/2021 | Tel to Farsad Law Office re tax returns for Corp and any other commo | 0.2 | 505 | 101 | LF | | |
| IDI | 8/19/2021 | Email to client re outstanding IDI docs. | 0.1 | 505 | 50.5 | LF | | |
| IDI | 7/28/2021 | Appeared at IDI | 1.1 | 505 | 555.5 | LF | | |
| IDI | 7/28/2021 | Tel to client to prep for IDI | 0.2 | 505 | 101 | LF | | |
| IDI | 7/26/2021 | Tel from client (2nd call of day). His license will be reinstated in 7 days | 0.1 | 505 | 50.5 | LF | | |
| IDI | 7/22/2021 | Forwarded IDI packet to UST and SubV Trustee Klump | 0.1 | 505 | 50.5 | LF | | |
| IDI | 7/21/2021 | Tel to Bradley Pierce re assistance in getting the IDI documents. | 0.2 | 505 | 101 | LF | | |
| IDI | 7/19/2021 | Prepared IDI packet. Noted deficiencies. | 1.5 | 505 | 757.5 | LF | | |
| IDI | 7/19/2021 | Tel to client re IDI packet missing docs. LM | 0.1 | 505 | 50.5 | LF | | |
| IDI | 7/19/2021 | Email to client re IDI deficiencies | 0.1 | 505 | 50.5 | LF | | |
| | | | | | | | 3.7 | 1868.5 |
| Incur Debt | 8/18/2021 | Drafted Dec re no Op on Motion to Incur Debt | 0.3 | 505 | 151.5 | LF | | |
| Incur Debt | 8/18/2021 | Drafted order on Motion to Incur Debt | 0.3 | 505 | 151.5 | LF | | |
| Incur Debt | 7/12/2021 | Tel to client to follow-up on son's declarations in support of motion to incur debt | 0.1 | 505 | 50.5 | LF | | |
| Incur Debt | 7/9/2021 | Tel to Mr. Healy re shortening time; no opp | 0.1 | 505 | 50.5 | LF | | |
| Incur Debt | 7/9/2021 | Drafted Decs of Bradley and Brandon  Pierce in Sup Mot Incur Debt | 0.9 | 505 | 454.5 | LF | | |
| Incur Debt | 7/9/2021 | Final review of Motion to encumber and Dec drafted pre-pet | 0.2 | 505 | 101 | LF | | |
| | | | | | | | 1.9 | 959.5 |
| Joint Administration | 10/5/2021 | Tel from Mr. Farsad re valuation trial, motion for joint administration, conference call with client | 0.3 | 505 | 151.5 | LF | | |
| Joint Administration | 9/3/2021 | Drafted Motion for Joint administration | 0.8 | 505 | 404 | LF | | |
| Joint Administration | 9/3/2021 | Drafted P&A for motion for joint admin | 0.8 | 505 | 404 | LF | | |
| Joint Administration | 9/3/2021 | Drafted Dec of Debtor in Support of Motion for Joint admin | 0.5 | 505 | 252.5 | LF | | |
| Joint Administration | 9/3/2021 | Drafted Notice of Hearing on Motion for Joint Administration | 0.4 | 505 | 202 | LF | | |
| | | | | | | | 2.8 | 1414 |
| Main Case | 11/18/2021 | Tel to Arasto re Piece not allowing  access, no MOR's; case discussion | 0.3 | 505 | 151.5 | LF | | |
| Main Case | 11/18/2021 | Attention to two emails from Ed Weber; one re NOD in APO pmt; one re appraiser did not get full access | 0.2 | 505 | 101 | LF | | |
| Main Case | 11/18/2021 | Email to client re access for 2nd appraiser, informed him I am moving to withdraw, option discussions | 0.2 | 505 | 101 | LF | | |
| Main Case | 11/15/2021 | Tel to Cagney Brown re updates; LM | 0 | 505 | 0 | LF | | |
| Main Case | 11/5/2021 | Attention to Email string (7) with Mr. Healy and Mr. Farsad  re making of APO payment | 0.4 | 505 | 202 | LF | | |
| Main Case | 11/2/2021 | Tel to client. Explained need cooperation, MORs, invoices for work. Discussion re valuation | 0.2 | 505 | 101 | LF | | |
| Main Case | 11/1/2021 | Tel to Ms. Weng re whether has cooperation from client | 0.1 | 505 | 50.5 | LF | | |
| Main Case | 9/28/2021 | Two call with Arasto re contact with Mr. Pierce. Now wants to go forward with case. Discussion re valuation hearing. I will stay in if cooperation | 0.5 | 505 | 252.5 | LF | | |
| Main Case | 9/21/2021 | Tel from Amy Pinto, outstanding docs, timing assessment, cost, feasibility; cant discuss confidential info | 0.3 | 505 | 151.5 | LF | | |
| Main Case | 9/21/2021 | Tel from Pierce, Jr. re funding plan, costs of litigation, value of property | 0.2 | 505 | 101 | LF | | |
| Main Case | 9/20/2021 | Sent letter to client asking him to respond | 0.2 | 505 | 101 | LF | | |
| Main Case | 9/3/2021 | Tel to Arasto Farsad re tax returns | 0.2 | 505 | 101 | LF | | |
| Main Case | 8/27/2021 | Tel to client. Need fin info. He authorized entering into the stipulation with FMC | 0.1 | 505 | 50.5 | LF | | |
| Main Case | 7/26/2021 | Tel from client . Is working on tax returns | 0.1 | 505 | 50.5 | LF | | |
| Main Case | 7/21/2021 | Tel to client. Asked for IDI docs and signature.  He has not prepared anything. Will go to Sac tomorrow to get license. Discussed appeal. Wants to Appeal Judge's decision. | 0.2 | 505 | 101 | LF | | |
| Main Case | 7/21/2021 | Tel to Gina Klump; LM | 0.1 | 505 | 50.5 | LF | | |

EXH 2

| | | | | | |
|---|---|---|---|---|---|
| Main Case | 7/14/2021 | Tel from Bill Healy. He will appear at motion to impose and not oppose or if does not appear, may represent to Court that does not oppose. Also claims Pierce Contractors does not have a license | 0.1 | 505 | 50.5 LF |
| Main Case | 7/14/2021 | Tel to client. Need fin info.Had a lien against him but it was paid so waiting for reinstatement. Asked him to follow-up CSLB. | 0.1 | 505 | 50.5 LF |
| Main Case | 7/14/2021 | Attention to Mr. Healy's Request for Notice | 0.1 | 505 | 50.5 LF |
| Main Case | 7/12/2021 | Tel to Gina Klump re case background; LM | 0 | 505 | 0 LF |
| Main Case | 7/12/2021 | Attention to Notice of Appearance by UST | 0.1 | 505 | 50.5 LF |
| Main Case | 7/9/2021 | Prepared Corp. Ownership Statement | 0.2 | 505 | 101 LF |
| | | | 3.9 | | 1969.5 |
| | | | | | |
| Settlement | 7/26/2021 | Tel with Arasto Farsad and Mr. Healy to negotiate a deal | 0.5 | 505 | 252.5 LF |
| Settlement | 7/26/2021 | Conference call with Farsad and Weber | 0.1 | 505 | 50.5 LF |
| | | | 0.6 | | 303 |
| | | | | | |
| Motion Impose Stay | 12/10/2021 | Reviewed Memo in Opp to Motion to Impose Stay | 0.3 | 505 | 151.5 LF |
| Motion Impose Stay | 7/18/2021 | Motion to impose stay | 0.5 | 505 | 252.5 LF |
| Motion Impose Stay | 7/15/2021 | Motion to impose stay - Review Opp filed by Raissi creditor, review email thread re: moving from Zoom to telephonic, attend hearing | 0.6 | 485 | 291 ST |
| Motion Impose Stay | 7/9/2021 | Start work on ex-parte apl to shorten time, TC to OC; work on dec in support | 1.4 | 485 | 679 ST |
| | | | 2.8 | | 1374 |
| | | | | | |
| Motion to Value | 11/15/2021 | Tel to Arasto re whether Ed Weber is requesting double appraisals. Discussion re Nov. Adequate Protection payment | 0.1 | 505 | 50.5 LF |
| Motion to Value | 11/15/2021 | Email to Mr. Weber (and response) as to whether he requesting two appraisals. | 0.2 | 505 | 101 LF |
| Motion to Value | 11/12/2021 | Tel to client. He confirmed availability for inspection date. | 0.1 | 505 | 50.5 LF |
| Motion to Value | 11/12/2021 | Text to Tony Moses confirming Nov 11 appraisal date | 0.1 | 505 | 50.5 LF |
| Motion to Value | 11/12/2021 | Email to Mr. Moses confirming appraisal date with CC to Weber, Farsad law Weng and BCC client | 0.1 | 505 | 50.5 LF |
| Motion to Value | 11/2/2021 | Appeared at hearing on motion to cram | 0.5 | 505 | 252.5 LF |
| Motion to Value | 10/5/2021 | Drafted Notice of hearing on motion to value | 0.6 | 505 | 303 LF |
| Motion to Value | 8/18/2021 | Drafted Dec re no opp on mtv 2nd and 3rd TD | 0.3 | 505 | 151.5 LF |
| Motion to Value | 8/18/2021 | Drafted order valuing 2nd and 3rd TD at zero | 0.3 | 505 | 151.5 LF |
| Motion to Value | 7/9/2021 | Final Review of motion to value drafted pre-petition | 0.2 | 505 | 101 LF |
| | | | 2.5 | | 1262.5 |
| | | | | | |
| Motion to Withdraw | 11/18/2021 | Drafted Dec re No Opp to Motion to Withdraw as Attorney | 0.4 | 505 | 202 LF |
| Motion to Withdraw | 11/18/2021 | Prepared Order on Motion to Withdraw | 0.2 | 505 | 101 LF |
| Motion to Withdraw | 10/27/2021 | Drafted Motion to Withdraw as Attorney | 0.5 | 505 | 252.5 LF |
| | | | 1.1 | | 555.5 |
| Plan | 9/2/2021 | Appeared at Status Conference and Plan Review Conference | 0.6 | 505 | 303 LF |
| Plan | 8/27/2021 | Reviewed stip with FMC, signed and returned | 0.2 | 505 | 101 LF |
| Plan | 8/26/2021 | Reviewed Klump Trustee Statement of Position re plan review | 0.1 | 505 | 50.5 LF |
| Plan | 8/25/2021 | Reviewed Healy's plan review conference statement | 0.2 | 505 | 101 LF |
| Plan | 7/21/2021 | Reviewed "not signed" order and Drafted renewed Exparte Apl for plan review | 0.3 | 505 | 151.5 LF |
| Plan | 7/21/2021 | Re-drafted Exparte Motion for Plan Review | 0.5 | 505 | 252.5 LF |
| Plan | 7/14/2021 | Drafted Exparte Motion to Set Plan review Hearing | 0.5 | 505 | 252.5 LF |
| Plan | 7/13/2021 | Drafted Plan | 3 | 505 | 1515 LF |
| Plan | 7/13/2021 | Prepared General Unsecured Distribution spreadsheet | 0.8 | 505 | 404 LF |
| | | | 6.2 | | 3131 |
| | | | | | |
| Relief from Stay | 11/8/2021 | Returned call to Mr. Pierce. Thinks he 3 payments delinquent on Fo | 0.3 | 505 | 151.5 LF |
| Relief from Stay | 8/31/2021 | Attention to Motion to approve stip re RFS | 0.2 | 505 | 101 LF |
| Relief from Stay | 8/6/2021 | Two call with Arasto Farsad re RFS strategy | 0.5 | 505 | 252.5 LF |
| Relief from Stay | 8/6/2021 | Conference call with Arasto and Mr. Pierce re RFS and offers | 0.2 | 505 | 101 LF |
| Relief from Stay | 8/3/2021 | Tel to Arasto Farsad re buyout of 1st | 0.4 | 505 | 202 LF |
| Relief from Stay | 8/3/2021 | Tel from Brad Pierce who wants to buy out note. Explained process | 0.2 | 505 | 101 LF |
| Relief from Stay | 8/2/2021 | Conference call with Mr. Pierce and Farsad re offer | 0.2 | 505 | 101 LF |
| Relief from Stay | 8/2/2021 | 2nd call of day to Farsad Law re deal with Ed Weber | 0.2 | 505 | 101 LF |
| Relief from Stay | 7/31/2021 | Conference call (2) with client and Farsad to discuss assignment | 0.5 | 505 | 252.5 LF |
| Relief from Stay | 7/28/2021 | Tel from Arasto re negotiating a deal with the 1st. | 0.3 | 505 | 151.5 LF |
| Relief from Stay | 7/27/2021 | Reviewed email from Mr. Farsad re offer to Weber | 0.1 | 505 | 50.5 LF |
| | | | 3.1 | | 1565.5 |
| | | | 32.5 | | 16372.5 |

# EXHIBIT 3

# The Fuller Law Firm, PC

300 Frank Ogawa Plaza #224
Oakland, CA 94612
Tel. (510) 444-3613

60 No. Keeble Ave.
San Jose, CA 95126
Tel. (408)295-5595
Fax. (408)295-9852

9 W. Gabilan Ave. Suite 17
Salinas, CA 93901
Tel. (831) 758-6588

Please send any reply to our San Jose Office

Dec. 15, 2021

Pierce Contractor's Inc.
194 Lantz Dr.
Morgan Hill, CA 95037

Re: Application for Attorney Fees

Dear Mr. Pierce:

As you know, in a Chapter 11 proceeding, an attorney must apply to the Court for approval of all compensation. Attached is such an application.

The court's Guidelines for Compensation and Expense Reimbursement of Professional and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

Please call me should you have any questions.

Best regards,

/s/ Lars T. Fuller